HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
email: chrishaydn@sbcglobal.net

Attorney for Defendant
MARAT GALOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-467-JAM |
| Plaintiff, | ) | |
| | ) | WAIVER OF |
| v. | ) | DEFENDANT'S PRESENCE |
| | ) | |
| MARAT GALOYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

_____

Defendant, MARAT GALOYAN, hereby waives the right to be in person in open court upon the hearing of any motion or to his proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: November 15th, 2011

                                   /s/Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER
                                   Attorney for Defendant
                                   MARAT GALOYAN

Dated: November 15th, 2011        I consent to the above waiver of
                                   presence.

                                   /s/ Christopher Haydn-Myer for
                                   MARAT GALOYAN [Mr. Galoyan's original
                                   signature is in his counsel's file.]

DATED: November 16, 2011

                                   I approve the above waiver of presence.

                                   /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Court Judge

2