DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Zhora Darmoyan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-cr-467 JAM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ZHORA DARMOYAN, ) | |
| Defendant. ) | |

Defendant, through respective counsel, and the United States of America, through Assistant U.S. Attorney R. Steven Lapham, agree that the time to file property bonds in support of defendant Darmoyan's release should be extended from November 23, 2011 end of business to December 2, 2011 at the end of business.

Presently all deeds of trust have been signed and notorized, title searches and appraisals are anticipated to be completed next week due to the Thanksgiving holiday.

Respectfully submitted,


DATED: November 22, 2011         _____/S/_____
                                 DWIGHT M. SAMUEL
                                 Attorney for Defendant
                                 Zhora Darmoyan

DATED: November 22, 2011

                                                    /S/
                                         R. Steven Lapham
                                         Assistant United States Attorney
                                         (Signed per Telephonic authorization)

IT IS SO ORDERED.

DATED: 11/22/2011

                                         /s/ John A. Mendez
                                         John A. Mendez
                                         United States District Court Judge