J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Martin Atoyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>MARTIN ATOYAN<br>et al<br><br>    Defendants, | Cr. No. 11-467 JAM<br><br>STIPULATION AND ORDER CONTINUING TIME TO FILE PROPERTY BOND |

The parties stipulate that the time to file property bonds in this case be extended to December 6, 2011. The Defendant has been diligently trying to complete the required tasks, but delays have been caused by title company and appraisers due to the holiday period.

Dated November 24, 2011

  /s/ R STEVEN LAPHAM                 /s/ J TONEY
R Steven Lapham                      J Toney
Assistant U S Attorney         Attorney for Martin Atoyan

1

Good cause appearing, It is so odered

Dated:__11/28/2011

/s/ John A. Mendez
U.S. District Judge

2