Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
KRISTINE ATOYAN

1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | Case No. 2:11-CR-00467-JAM |
| 12            Plaintiff, | |
| 13        v. | **STIPULATION AND ORDER** |
| 14   ZHORA DARMOYAN, | |
|     MARAT GALOYAN, | Date:   August 7, 2012 |
| 15   MARTIN ATOYAN and, | Time:   9:45 a.m. |
|     KRISTINE ATOYAN, | Judge: Honorable John A. Mendez |
| 16 | |
|            Defendants. | |

17

18            It is hereby stipulated and agreed to between the United States of America through

19   Steve Lapham, Assistant U.S. Attorney, and defendants Zhora Darmoyan, through his counsel,

20   Dwight Samual, Marat Galoyan, through his counsel Chris Hadyn-Myer, Martin Atoyan, through

21   his counsel J. Toney, and Kristine Atoyan, through her counsel, Kresta Nora Daly, that the status

22   conference on August 7, 2012 be vacated and that a status conference be set for October 16, 2012

23   at 9:45 a.m.

24            The continuance is being requested because defense counsel is reviewing

25   discovery and the parties are actively engaged in plea negotiations.

26   ///

27   ///

28   ///

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 16, 2012 pursuant to Title 18, United States Code Section 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  August 3, 2012.                    Respectfully submitted,


By____/s/ Kresta Nora Daly_____
   DWIGHT SAMUAL
 Attorney for ZHORA DARMOYAN


Dated:  August 3, 2012.          By____/s/ Kresta Nora Daly_____
                                    CHRIS HADYN-MYER
                                 Attorney for MARAT GALOYAN


Dated:  August 3, 2012.          By____/s/ Kresta Nora Daly_____
                                     J. TONEY
                                 Attorney for MARTIN ATOYAN


Dated:  August 3, 2012.          BARTH TOZER & DALY LLP


                                 By____/s/ Kresta Nora Daly_____
                                    KRESTA NORA DALY
                                  Attorneys for KRISTINE ATOYAN


Dated:  August 3, 2012.          By____/s/ Kresta Nora Daly_____
                                    STEVE LAPHAM
                                    Assistant United States Attorney


# O R D E R

**IT IS SO ORDERED.**

Dated:  8/3/2012

                                 /s/ John A. Mendez_____
                                 HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE


{00006868}

OPPOSITION TO MOTION FOR APPOINTMENT OF RECEIVER

PDF created with pdfFactory trial version www.pdffactory.com