BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0467 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT AND SENTENCING |
| v. | |
| ZHORA DARMOYAN, et. al., | DATE: OCTOBER 1, 2013 TIME: 9:45 A.M. |
| Defendants. | JUDGE: JOHN A. MENDEZ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Marat Galoyan, by and through his counsel of record, hereby stipulate that the imposition of judgment and sentencing in the matter presently set for October 1, 2013, at 9:45 a.m. may be vacated and the matter continued to May 13, 2014, at 9:45 a.m. for a status conference regarding the imposition of judgment and sentence.

Mr. Galoyan's plea agreement with the government contains a cooperation provision and the government is not able to adequately assess the degree of Mr. Galoyan's cooperation until the charges against others have been tried or otherwise disposed of. For that reason, the parties have stipulated that the current date for imposition of judgment and sentencing may be vacated and the

1

matter continued to May 13, 2014, at 9:45 a.m. for a status conference regarding a new date for imposition of judgment and sentencing.

IT IS SO STIPULATED.

DATED: September 23, 2013   BENJAMIN B. WAGNER
                            United States Attorney

                            */s/ Lee S. Bickley*
                            LEE S. BICKLEY
                            Assistant United States Attorney

                            For the UNITED STATES OF AMERICA

DATED: September 23, 2013   */s/ Lee S. Bickley for*
                            CHRISTOPHER HAYDN-MYER

                            For defendant MARAT GALOYAN

## **O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the imposition of judgment and sentencing in this matter currently scheduled for 9:45 a.m. on October 1, 2013, is vacated and the matter is continued to May 13, 2014, at 9:45 a.m. for a status conference regarding the imposition of judgment and sentence.

This 23rd day of September, 2013

                            /s/ John A. Mendez
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE