BENJAMIN B. WAGNER
United States Attorney
R.STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ZHORA DARMOYAN, et al.,<br><br>                    Defendants. | CASE NO. 2:11-Cr.-0467 JAM<br><br>ORDER DISMISSING INDICTMENT<br>AS TO KRISTINE ATOYAN ONLY |

Based on the government's motion to dismiss the indictment against Kristine Atoyan,

IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed as to Kristine Atoyan only.

DATED: 10-2-2013

_____
JOHN A. MENDEZ
United States District Judge

2